UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIE EAVES,

    Plaintiff,

v.                                  CASE NO. 3:25-cv-394-WWB-SJH

DOLGENCORP, LLC, etc.,

    Defendant.
_____/

**ORDER**

    Plaintiff sued Defendant in state court, and Defendant removed to this Court invoking diversity jurisdiction under 28 U.S.C. § 1332. *See* Doc. 1. In pertinent part, Rule 7.1 of the Federal Rules of Civil Procedure ("Rule(s)") requires all parties in a diversity action to file a disclosure statement naming, and identifying the citizenships of, each individual or entity whose citizenship is attributed to that party. *See* Fed. R. Civ. P. 7.1(a)(2).

    This Court has prepared a standard form that, if completed properly, complies with the requirements of Rule 7.1 and provides to the assigned district judge and magistrate judge information concerning potential conflicts. On June 2, 2025, Plaintiff filed a disclosure statement, Doc. 10, but such is completed incorrectly.

    In response to Question 2, Plaintiff stated "Yes" to the question of whether this is a diversity action based on either 28 U.S.C. § 1332(a) or § 1332(d) (in this case, the former). *Id.* at 2. However, Plaintiff did not provide "the name and citizenship of each person or entity whose citizenship is attributed to the filer[.]" *Id.* at 2. That is

insufficient.[1]

Accordingly, Plaintiff's disclosure statement, Doc. 10, is **stricken**. Plaintiff shall carefully and properly complete and file a disclosure statement pursuant to Local Rule 3.03 on or before **June 13, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida, on June 3, 2025.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] The disclosure statement also states "No" in response to Question 2(f). *Id.* at 2-3. That appears likely to change once the predicate information set forth above is properly and completely provided.