UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIE EAVES,

      Plaintiff,

v.                                               CASE NO. 3:25-cv-394-SJH

DOLGENCORP, LLC, etc.,

      Defendant.
_____/

## ORDER

The Court previously entered an Order striking Plaintiff's disclosure statement and directing Plaintiff to carefully and properly complete and file a disclosure statement pursuant to Local Rule 3.03. Doc. 12.

Plaintiff filed an amended disclosure statement, Doc. 15, but such is still completed incorrectly. In response to Question 2, Plaintiff stated "Yes" to the question of whether this is a diversity action based on either 28 U.S.C. § 1332(a) or § 1332(d) (in this case, the former). *Id.* at 2. However, while now providing her name, Plaintiff still did not provide the "citizenship of each person or entity whose citizenship is attributed to the filer[.]" *Id*. That is insufficient.

In addition, although the filer was not a limited liability company or other unincorporated entity—and Plaintiff did not identify the citizenship of the members of any such entity—the amended disclosure statement incorrectly states "Yes" in

response to Question 2(a).[1]

In short, despite the Court's prior Order, Doc. 12, the amended disclosure statement repeats certain errors from its predecessor and introduces others. Accordingly, Plaintiff's amended disclosure statement, Doc. 15, is **stricken**. Plaintiff shall *carefully and properly* complete and file a disclosure statement pursuant to Local Rule 3.03 on or before **June 17, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida, on June 10, 2025.

                                                               _____
                                                               Samuel J. Horovitz
                                                               United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] The disclosure statement also states "No" in response to Question 2(f). *Id.* at 3. That appears likely to change once the predicate information set forth above—including Plaintiff's "citizenship in accord with [her] domicile, which does not necessarily correspond to [her] residence"—is properly and completely provided. *See id.*