UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIE EAVES,

        Plaintiff,

v.                                                        CASE NO. 3:25-cv-394-SJH

DOLGENCORP, LLC, etc.,

        Defendant.
_____/

## ORDER

Despite three attempts and two prior Orders, Plaintiff's Second Amended Disclosure Statement, Doc. 19, *still* fails to provide the information required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03. The Court will therefore **strike** Plaintiff's Second Amended Disclosure Statement.

On June 3, 2025, the Court struck Plaintiff's Disclosure Statement, Doc. 10, because it failed to provide the name and citizenship of each person or entity whose citizenship is attributed to the filer as required. *See* Doc. 12. On June 10, 2025, the Court struck Plaintiff's Amended Disclosure Statement, Doc. 15, which provided Plaintiff's name but still failed to adequately provide the citizenship of each person or entity who citizenship is attributed to the filer. Doc. 16. In each of the Court's two prior Orders, the Court also directed Plaintiff's attention to Question 2(f) and directed Plaintiff to carefully and properly complete a corrected disclosure statement. Doc. 12 at 2 & n.1; Doc. 16 at 2 & n.1.

Alas, despite the Court's prior instructions, Plaintiff's Second Amended

Disclosure Statement remains insufficient. In her third attempt, Plaintiff amended her response to Question 2 to state her name and that she is a "United States Citizen and resides in Jacksonville, Duval County, Florida." *Id.* at 2. A disclosure of residency, however, is not synonymous with domicile and is insufficient. *See Smith v. Marcus & Millichap, Inc.*, 991 F.3d 1145, 1149 (11th Cir. 2021); *Trudel v. Biotech*, No. 8:22-cv-1823-TPB-SPF, 2022 WL 17487990, at *1 (M.D. Fla. Dec. 7, 2022). Beyond settled law, such should have been readily apparent had Plaintiff reviewed and complied with Question 2(f) on the form as twice directed. *See* Doc. 19 at 3, Question 2(f) (requiring certification if filer identified a natural person that "the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence"); *see also* Doc. 12 at 2 n.1; Doc. 16 at 2 n.1.

Accordingly, the Court **strikes** Plaintiff's Second Amended Disclosure Statement (Doc. 19). On or before **June 27, 2025**, Plaintiff must carefully complete and file a proper disclosure statement.

**DONE AND ORDERED** in Jacksonville, Florida, on June 18, 2025.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record